# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154046(45)

MAYFIELD TOWNSHIP,
          Plaintiff-Appellee,

v

DETROIT EDISON COMPANY,
          Defendant-Appellant.
_____/

SC:  154046
COA:  323774
Lapeer CC:  2012-045398-CZ

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before September 6, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016



Clerk